FILED ✓  RECEIVED
ENTERED  SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:12-CR-363-JCM-(   ) |
| | ) |
| TYSON LAMAR JONES, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

On February 8, 2013, defendant TYSON LAMAR JONES pled guilty to Count One of a One-Count Criminal Indictment charging him with Convicted Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No.___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant TYSON LAMAR JONES pled guilty. Criminal Indictment, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c): a Springfield, J. Stevens Arms Company, Model 87A, .22 caliber firearm, with no listed serial number ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2  United States of America should seize the aforementioned property.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4  TYSON LAMAR JONES in the aforementioned property is forfeited and is vested in the United

5  States of America and shall be safely held by the United States of America until further order of the

6  Court.

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

8  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

9  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

10  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

11  the name and contact information for the government attorney to be served with the petition, pursuant

12  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

14  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

17  following address at the time of filing:

18    Michael A. Humphreys
     Assistant United States Attorney
19    Daniel D. Hollingsworth
     Assistant United States Attorney
20    Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
21    Las Vegas, Nevada 89101.

22    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

23  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

24  . . .

25  . . .

26  . . .

2

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

3