

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYSON LAMAR JONES, ) <br> ) <br> Defendant. ) | 2:12-CR-363-JCM-(GWF) |

### FINAL ORDER OF FORFEITURE

On February 8, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TYSON LAMAR JONES to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have a requisite nexus to the offense to which defendant TYSON LAMAR JONES pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22.

This Court finds the United States of America published the notice of forfeiture in accordance with the law on February 20, 2013, February 27, 2013, and March 6, 2013, in the Las Vegas Review-Journal/Sun, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 24.

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law: a Springfield, J. Stevens Arms Company, Model 87A, .22 caliber firearm, with no listed serial
11 number ("property").

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
13 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
14 income derived as a result of the United States of America's management of any property forfeited
15 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

16   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17 certified copies to the United States Attorney's Office.

18   DATED this 16th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

2