RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702-382-4800
rick@wmllawlv.com
Attorney for Tyson Lamar Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
         Plaintiff, )
          )
     vs. )
          )
TYSON LAMAR JONES, )
          )
         Defendants. )
          )

CASE NOS.: 2:12-cr-00363-JCM-GWF

**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, NICHOLAS A. TRUTANICH, United States Attorney, through DANIEL J. COWHIG, Assistant United States Attorney; and Defendant TYSON LAMAR JONES, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for September 5, 2019, at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than September 26, 2019.

The request for a continuance is based upon the following:

1.     Mr. Jones is also on supervised release in a second case, <u>United States v. Tyson Lamar Jones</u>, Case No. 2:17-CR-00079-JAD-NJK, and has a revocation hearing pending in that case also.

2.     Counsel for Mr. Jones is attempting to work out a resolution in both cases.

3.     Counsel for Mr. Jones has been unable to meet with Mr. Jones to discuss the revocation petitions and a resolution.

4.      The parties agree to the requested continuance.

         5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

         6.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

         7.      This is the first request for a continuance of the revocation hearing.

         Dated this 30th day of August, 2019.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| BY   /s/ Richard A. Wright<br>RICHARD A. WRIGHT, ESQUIRE<br>Attorney for Tyson Lamar Jones | BY   /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                                  )     CASE NOS.: 2:12-CR-00363-JCM-GWF
    Plaintiff,           )
                                                  )
        vs.                 )     **ORDER**
                                                  )
TYSON LAMAR JONES,     )
                                                  )
    Defendants.     )
                                                  )

    IT IS THEREFORE ORDERED that the revocation for supervised release in the above-captioned matter currently scheduled for September 5, 2019 at 10:00 a.m., be vacated and continued to \_\_\_\_\_October 2\_\_\_, 2019, at \_\_\_\_10:30 a\_\_.m.

    DATED September 4, 2019.

                                              _____
                                            JAMES C. MAHAN
                                            United States District Court Judge