1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar No. 886
2  WRIGHT MARSH & LEVY
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702) 382-4800
5  rick@wmllawlv.com
   Attorney for Tyson Lamar Jones
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9

10 UNITED STATES OF AMERICA,  )
                              )     CASE NO.: 2:12-cr-00363-JCM-GWF
           Plaintiff,         )
11                            )
           vs.                )     **STIPULATION TO CONTINUE**
12                            )     **REVOCATION OF SUPERVISED**
   TYSON LAMAR JONES,         )     **RELEASE**
13                            )     **(Second Request)**
           Defendant.         )
14 _____   )

15       IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by

16 and through its attorney, NICHOLAS A. TRUTANICH, United States Attorney, through DANIEL

17 J. COWHIG, Assistant United States Attorney; and Defendant TYSON LAMAR JONES, by and

18 through his counsel, RICHARD A. WRIGHT, ESQUIRE, Wright Marsh & Levy, that the

19 Revocation for Supervised Release hearing currently scheduled for October 2, 2019, at 10:30 a.m.,

20 be vacated and set to a date and time convenient to this Court, but no sooner than October 23, 2019.

21       The request for a continuance is based upon the following:

22       1.      Mr. Jones is also on supervised release in a second case, United States v. Tyson

23 Lamar Jones, Case No. 2:17-CR-00079-JAD-NJK, and has a revocation hearing set for October 16,

24 2019 at 10:00 a.m.

25       2.      Counsel for Mr. Jones is attempting to work out a resolution in both cases.

26       3.      Counsel for Mr. Jones has been unable to meet with Mr. Jones to discuss the

27 revocation petitions and a resolution.

28       4.      Mr. Jones is in custody and doesn't object to a continuance.

1    5.    The parties agree to the requested continuance.

2    6.    Additionally, denial of this request for continuance could result in a miscarriage of

3  justice.

4    7.    The additional time requested by this Stipulation is made in good faith and not for

5  purposes of delay.

6    8.    This is the second request for a continuance of the revocation hearing.

7        Dated this 30th day of September, 2019.

8  WRIGHT MARSH & LEVY                    NICHOLAS A. TRUTANICH
                                          UNITED STATES ATTORNEY
9

10  BY____/s/ Richard A. Wright_____    BY__/s/ Daniel J. Cowhig_____
       RICHARD A. WRIGHT, ESQUIRE             DANIEL J. COWHIG
11     Attorney for Tyson Lamar Jones          Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )    CASE NO.: 2:12-CR-00363-JCM-GWF
        Plaintiff,           )
                             )
            vs.              )    **ORDER**
                             )
TYSON LAMAR JONES,           )
                             )
        Defendant.           )
_____)

IT IS THEREFORE ORDERED that the revocation for supervised release in the above-captioned matter currently scheduled for October 2, 2019 at 10:30 a.m., be vacated and continued to _____October 30_____, 2019, at __10:30__ a.m.

DATED September 30, 2019.

_____
JAMES C. MAHAN
United States District Court Judge