Richard A. Wright, Esq.
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Tyson Lamar Jones,<br><br>        Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**Stipulation to Continue Revocation of Supervised Release**<br><br>**(First Request)** |

    IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney; and Defendant Tyson Lamar Jones, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Wednesday, August 5, 2020 at 11:00 a.m. before the Honorable Judge Mahan, be vacated and set to a date and time convenient to this Court, but no sooner than September 9, 2020.

    The request for a continuance is based upon the following:

    1. Mr. Jones is also on supervised release in a second case, *United States v. Tyson Lamar Jones*, Case No. 2:17-CR-00079-JAD-NJK, and has a revocation hearing pending in that case also.

2. Counsel for Mr. Jones is attempting to work out a resolution in both cases while also working with the government to obtain discovery on the alleged violations.

3. Additionally Defense Counsel will be out of the jurisdiction on August 5, 2020.

4. The parties agree to the requested continuance. Mr. Jones agrees to the requested continuance.

5. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

6. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the first request for a continuance of the revocation hearing for the current pending petition.

Dated this July 21, 2020.

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: /s/ Richard A. Wright<br>Richard A. Wright, Esq.<br>300 S. Fourth Street, Suite 701<br>Las Vegas, Nevada 89101<br>Attorney for Mr. Jones | /s/ Jared L. Grimmer<br>Jared L. Grimmer<br>Assistant U.S. Attorney District of Nevada<br>501 Las Vegas Boulevard South Suite 1100<br>Las Vegas, Nevada 89101<br>Counsel for the United States of America |

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Tyson Lamar Jones,<br><br>          Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**ORDER** |

 Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS THEREFORE ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for Wednesday, August 5, 2020 at 11:00 a.m., be vacated and continued to  September 23,  2020, at  10:00 AM  .

 DATED July 22, 2020.

                 _____
                 JAMES C. MAHAN
                 United States District Court Judge