1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702-388-6378
5  jared.l.grimmer@usdoj.gov

6  *Attorneys for Plaintiff*
   *The United States of America*

7

              UNITED STATES DISTRICT COURT
8                  DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,          Case No. 2:12-cr-00363-JCM-GWF

10         Plaintiff,                 **Stipulation to Continue Revocation of Supervised Release**

11    v.
                                      **(Second Request)**
12 TYSON LAMAR JONES,

13         Defendant.

14

15         IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

16 Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States

17 Attorney, counsel for the United States of America, and Richard A. Wright, Esq., counsel

18 for Defendant TYSON LAMAR JONES, that the Revocation of Supervised Release

19 hearing currently scheduled for Wednesday, September 23, 2020 at 10:00 a.m., be vacated

20 and continued to a date and time convenient to this Court, but no sooner than October 12,

21 2020.

22         This request for a continuance is based on the following reasons:

23

24

1. Mr. Jones is also on supervised release in a second case, *United States v. Tyson Lamar Jones*, Case No. 2:17-cr-00079-JAD-NJK, and has a revocation hearing pending in that case as well.

2. The parties are attempting to resolve both cases, and are reviewing discovery material in these cases.

3. Additionally, counsel for the government and defense are unavailable until October 12, 2020.

4. The parties agree to the continuance. Mr. Jones is not in custody, and agrees to the continuance.

5. Denial of this request for a continuance could result in the miscarriage of justice.

6. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the second request for a continuance of the revocation for the current pending petition.

DATED this 11th day of September, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Richard A. Wright
Richard A. Wright, Esq
Counsel for Tyson Lamar Jones

/s/ Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYSON LAMAR JONES,<br><br>    Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**[Proposed] Order** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the revocation for supervised release hearing in the above captioned matter, currently scheduled for Wednesday, September 23, 2020 at 10:00 a.m., be vacated and continued to __October 21,__ 2020, at __10:30 a.m__.

DATED September 16, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3