Richard A. Wright, Esq.
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Tyson Lamar Jones,<br><br>        Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**Stipulation to Continue Revocation of Supervised Release**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney; and Defendant Tyson Lamar Jones, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for October 21, 2020 at 10:00 am before the Honorable Judge Mahan, be vacated and set to a date and time convenient to this Court, but no sooner than December 7, 2020.

The request for a continuance is based upon the following:

1. Mr. Jones is also on supervised release in a second case, *United States v. Tyson Lamar Jones*, Case No. 2:17-CR-00079-JAD-NJK, and has a revocation hearing pending in that case also.

2. Counsel for Mr. Jones is attempting to work out a resolution in both cases while also working with the government to obtain discovery on the alleged violations.

3. Additionally, Mr. Jones has recently tested positive for COVID-19 and is still in the coronavirus protocol phase of recovery. He may also have the flu and has also been recently diagnosed with Rhabdomyolysis and Hepatitis C.  Counsel has reviewed Mr. Jones' medical records regarding these medical issues and provided same to the government.  Given Mr. Jones positive COVID-19 results, he should remain under quarantine protocols.

4. The parties agree to the requested continuance.  Mr. Jones agrees to the requested continuance.

5. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

6. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the third request for a continuance of the revocation hearing for the current pending petition.

Dated this October 14, 2020

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| --- | --- |
| | United States Attorney |
| By: /s/ Richard A. Wright | /s/ Jared L. Grimmer |
| Richard A. Wright, Esq. | Jared L. Grimmer |
| 300 S. Fourth Street, Suite 701 | Assistant U.S. Attorney District of Nevada |
| Las Vegas, Nevada 89101 | 501 Las Vegas Boulevard South Suite 1100 |
| Attorney for Mr. Jones | Las Vegas, Nevada 89101 |
| | Counsel for the United States of America |

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Tyson Lamar Jones,<br><br>        Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for October 21, 2020 at 10:00 am be vacated and continued to December 9, 2020, at 11:00 AM.

DATED October 16, 2020.

Honorable James C. Mahan
United States District Judge

3