RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12:CR-00363-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |
| v. | |
| TYSON LAMAR JONES, | **(Fourth Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney; and Defendant Tyson Lamar Jones, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for December 9, 2020 at 2:00 pm before the Honorable Judge Dorsey, be vacated and set to a date and time convenient to this Court, but no sooner than January 25, 2021.

The request for a continuance is based upon the following:

1. Mr. Jones is also on supervised release in a second case, United States v. Tyson Lamar Jones, Case No. 2:17-cr-00079-JAD-NJK, and has a revocation hearing pending in that case also.

2. The revocation proceedings in both cases were previously continued when Mr. Jones tested positive for COVID-19 in early October, 2020 and has apparently recovered.

///

3. On October 28, 2020 Mr. Jones was arrested by the Las Vegas Metropolitan Police Department and charged with robbery and motor vehicle theft. Mr. Jones was granted an OR release with high level electronic monitoring, but the release has not been implemented due to the federal hold.

4. The state arrest of Mr. Jones caused the filing of additional revocation petitions in both federal cases.

5. Due to the continued detention of Mr. Jones in state custody and the current pandemic precautionary protocols, counsel for Mr. Jones has been unable to visit him in person and has only had two brief telephone calls. Counsel form Mr. Jones has not been able to discuss the new state case and new revocation petitions with Mr. Jones.

6. Counsel for Mr. Jones is now attempting to work out a resolution in both federal cases and the state case.

7. The parties agree to the requested continuance. Mr. Jones agrees to the requested continuance.

8. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

9. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

10. This is the fourth request for a continuance of the revocation hearing for the current pending petition.

Dated this December 3, 2020.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: ___/ Richard A. Wright_____<br>　　RICHARD A. WRIGHT, ESQUIRE<br>　　300 S. Fourth Street<br>　　Suite 701<br>　　Las Vegas, NV 89101<br>　　Attorney for Mr. Jones | By: ___/s/ Jared L. Grimmer_____<br>　　JARED L. GRIMMER<br>　　Assistant U.S. Attorney District of Nevada<br>　　501 Las Vegas Boulevard South<br>　　Suite 1100<br>　　Las Vegas, NV 89101<br>　　Counsel for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>TYSON LAMAR JONES,<br>    Defendant. | CASE NO. 2:12:CR-00363-JCM-GWF<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for December 9, 2020 at 2:00 pm., be vacated and continued to ___February 12___, 2021, at __11:00 AM__

DATED December 7, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE