NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6378
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>TYSON LAMAR JONES,<br><br>       Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**Stipulation to Continue Revocation of Supervised Release**<br><br>**(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Richard A. Wright, Esq., counsel for Defendant TYSON LAMAR JONES, that the Revocation of Supervised Release hearing currently scheduled for Friday, February 12, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than 30 days.

This request for a continuance is based on the following reasons:

1. Mr. Jones is also on supervised release in a second case, *United States v. Tyson Lamar Jones*, Case No. 2:17-cr-00079-JAD-NJK, and has a revocation hearing pending in that case as well.

2. The parties are attempting to resolve both cases, and are reviewing discovery material in these cases.

3. Mr. Jones is in state custody, and is set to be sentenced in a state case on February 2, 2021, which defense counsel expects will be continued. His status following that case, including the location of his potential confinement, has yet to be determined.

4. The government has not yet submitted a writ to the Court to ensure Mr. Jones's presence, and the government has been informed that the U.S. Marshals require receipt of a writ 2-3 weeks prior to Mr. Jones's hearing. Given this delay, the government would not be able to submit a writ to the Court until the location of Mr. Jones's custody is known following his February 2, 2021 sentencing date.

5. The parties agree to the continuance. Mr. Jones is in custody, and agrees to the continuance.

6. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. Denial of this request for a continuance could result in the miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

8. This is the fifth request for a continuance of the revocation for the current pending petition.

DATED this 28th day of January, 2021.

                                          Respectfully submitted,

                                          NICHOLAS A. TRUTANICH
                                          United States Attorney

*/s/ Richard A. Wright*                */s/ Jared L. Grimmer*
Richard A. Wright, Esq              JARED L. GRIMMER
Counsel for Tyson Lamar Jones    Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYSON LAMAR JONES,<br><br>    Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**Order** |

   Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

   IT IS HEREBY ORDERED that the revocation for supervised release hearing in the above captioned matter, currently scheduled for Friday, February 12, 2021 at 10:00 a.m., be vacated and continued to   April 9   2021, at   10:30 a.m  .

   DATED February 1, 2021.

                                                              *James C. Mahan*
                                                              _____
                                                              HONORABLE JAMES C. MAHAN
                                                              UNITED STATES DISTRICT JUDGE

4