RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12:CR-00363-JCM-GWF |
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| TYSON LAMAR JONES, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney; and Defendant Tyson Lamar Jones, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the preliminary hearing currently scheduled for March 1, 2020 at 11:00 a.m. before the Honorable Judge Albregts, be vacated and set to a date and time convenient to this Court, but no sooner two (2) weeks from the current preliminary hearing date.

The request for a continuance is based upon the following:

1. Defense counsel for Mr. Jones has mailed a Waiver of Preliminary Hearing form to Mr. Jones at the Nevada Southern Detention Center for his signature. Mr. Jones has stated that he will sign it.

2. The parties agree to the continuance. Mr. Jones is currently in custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the preliminary hearing.

Dated this 26th day of February, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By: / Richard A. Wright<br>   RICHARD A. WRIGHT, ESQUIRE<br>   300 S. Fourth Street<br>   Suite 701<br>   Las Vegas, NV 89101<br>   Attorney for Mr. Jones | By: /s/ Jared L. Grimmer<br>   JARED L. GRIMMER<br>   Assistant U.S. Attorney District of Nevada<br>   501 Las Vegas Boulevard South<br>   Suite 1100<br>   Las Vegas, NV 89101<br>   Counsel for the United States of America |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:12:CR-00363-JCM-GWF |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| TYSON LAMAR JONES, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the preliminary hearing in the above captioned matter currently scheduled for March 1, 2021 at 11:00 a.m., be vacated and continued to March 15, 2021, at 2:00 p.m., Courtroom 3A via video conferencing.

Dated: March 1, 2021

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE