RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12:CR-00363-JCM-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |
| TYSON LAMAR JONES, | |
| Defendant. | **(Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney; and Defendant Tyson Lamar Jones, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Friday, April 9, 2020 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than May 7, 2021.

The request for a continuance is based upon the following:

1. Defendant Tyson Lamar Jones requests the continuance to accommodate his family due to a funeral creating a date conflict.

2. Assistant United States Attorney Jared L. Grimmer has military commitments in the later part of April.

3. The parties agree to the requested continuance. Mr. Jones is in custody, and agrees to the continuance.

4. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

5. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the sixth request for a continuance of the revocation hearing for the current pending petition.

Dated this 7th day of April, 2021.

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| --- | --- |
| | Acting United States Attorney |
| By: / Richard A. Wright | By: /s/ Jared L. Grimmer |
| RICHARD A. WRIGHT, ESQUIRE | JARED L. GRIMMER |
| 300 S. Fourth Street | Assistant U.S. Attorney District of Nevada |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Mr. Jones | Las Vegas, NV 89101 |
| | Counsel for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | CASE NO. 2:12:CR-00363-JCM-GWF |
| Plaintiff,                ) | |
| v.                ) | **ORDER** |
| TYSON LAMAR JONES,                ) | |
| Defendant.                ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for April 9, 2021 at 10:30 am., be vacated and continued to _____May 7_____, 2021, at _11:00 a.m_.

DATED April 9, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE