CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYSON LAMAR JONES,<br><br>Defendant. | Case No. 2:12-cr-00363-JCM-GWF<br><br>**Stipulation to Continue Revocation of Supervised Release**<br><br>**(Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Richard A. Wright, Esq., counsel for Defendant TYSON LAMAR JONES, that the Revocation of Supervised Release hearing currently scheduled for Friday, May 7, 2021 at 11:00 a.m., be vacated and continued to a date and time convenient to this Court.

This request for a continuance is based on the following reasons:

1. The U.S. Probation officer assigned to this case has notified that parties of his unavailability for the currently scheduled revocation hearing.

2. The parties agree to the continuance. Mr. Jones is in custody, and agrees to the continuance.

3. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. Denial of this request for a continuance could result in the miscarriage of justice.

5. This is the seventh request for a continuance of the revocation for the current pending petition.

DATED this 3rd day of May, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

| /s/ Richard A. Wright | /s/ Jared L. Grimmer |
|---|---|
| RICHARD A. WRIGHT, Esq. | JARED L. GRIMMER |
| Counsel for Tyson Lamar Jones | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00363-JCM-GWF |
| Plaintiff, | **Order** |
| v. | |
| TYSON LAMAR JONES, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the revocation for supervised release hearing in the above captioned matter, currently scheduled for Friday, May 7, 2021 at 11:00 a.m., be vacated and continued to __June 25__ 2021, at __11:00 am__.

DATED May 5, 2021.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE